Case 5:25-cv-02482-AB-AS   Document 1   Filed 09/15/25   Page 1 of 7   Page ID #:1

Rebekah Anderson
General Delivery
Cabazon Ca 92230

No CV 30
No CV 71

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
# Central District of California

Rebekah R. Anderson (Plaintiff)

v.

Bail Hotline (Business)
3605 Tenth St.
Riverside, Ca 92501
951-842-3552 (Defendants)

5:25cv02482AB:(ASx)

Civil Rights Complaint (Law-Suit) & Summons

To: Honorable Judge(s) Central District of California.

This complaint alleges that the civil rights of plaintiff Rebekah Anderson who presently resides at: General Delivery Cabazon Ca 92230, were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at on June 30, 2025 etc., (or on about)

1. Defendant: Bail Hotline
   3605 Tenth St.
   Riverside Ca 92501
   951-842-3552

(1)

The defendant is sued in his/her individual and official capacity.

## Acting Under color of law:

Intentional Infliction of Emotional Distress, Bailhotline employee's / Bailhotline Company 3605 Tenth St. Riverside ca 92501 951-842-3552

## Claims

The following civil rights has been violated: Cruel and Unusual punishment, Negligence, Intentional Infliction of Emotional Distress, Harassment, threatening, Fraud, Identity theft & stalking.

## Supporting Facts:

Bailhotline at 3605 Tenth St. Riverside, ca 92501 951-842-3552 Contacted me stating that i owe them $112,000 for the bail of: Carlos Peraza 951-391-5442, 951-391-5031. I never signed for this guy(s) bail. His girlfriend Natilia Whittfick pretended to be

(2)

me. Before in the past i used Bailhotline to bail my brother out of jail, so therefor Bailhotline had my I.D. on file, Attn: my expired I.D. I have a new 2025 I.D/Drivers License. Bailhotline used my expired I.D. on the bail(s) contract to post Carlos Peraza Bail. I do not know Carlos, i did not fill out any paperwork on his bail, nor did i sign any paperwork for Bailhotline, nor did I provide any forms of I.D. for Bailhotline. Bailhotline has contacted my phone number, (which i don't know how they got my phone number) harassing me & threatening me to pay them. I'm scared that they may send someone after me. I'm emotional stressed out. Bailhotline was not suppose to post a bail over the phone without proof of that person posting the bail. I did not post a bail for anybody. Bailhotline stole my identity to post Carlos Peraza's Bail. They used my I.D. & all of my

(3)

personal information like my social security #, D.O.B, banking information, & references. Bailhotline continues also to contact my family members as well & also harassing & threatening them too!.. Telling them if they don't pay, or if i don't pay i'm going to jail. when in fact there the one's who should be going to jail for fraud. Its cruel and Unusual punishment for Bailhotline to continue to harass & threaten me, my family & my friends.

## Request For Relief

I believe I am entitled to the following specific relief:
$362,000
$112,000 to repair my credit for that bail amount.
$250,000 For pain & suffering, Emotional Distress, cruel and Unusual punishment, Negligence, Harassment, threatening, Fraud, Identify theft & stalking.
Total amount request for relief:

(4)

$362,000.00

Date: 9.10.2025

Signature of Plaintiff
x Rebekah R. Anderson

re: (mailing address)

Rebekah R. Anderson
General Delivery
Cabazon Ca 92230



Legal Mail

CHAVEZ NIECE